Case 1:25-mj-00247-MAU    Document 1-1

Case: 1:25-mj-00247
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 10/16/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On October 14, 2025, at approximately 9:25 p.m., Metropolitan Police Department (MPD) officers were on patrol in the 1000 block of 5th Street, N.W., Washington, D.C. The officers were in full uniform in a marked car. They observed a white motor vehicle parked in a no parking zone, and they activated their car's lights and sirens to conduct a traffic stop.

Officers approached the driver's window. They asked the driver to lower the vehicle's windows. The driver momentarily rolled down the rear driver's side window, before rolling it back up again. While the rear window was down, officers observed individuals inside rummaging around, consistent with an attempt to conceal something. Officers then ordered all the individuals out for officer safety.

Defendant Rayvon Harris (DOB: XX/XX/XXXX) had been sitting in the rear seat on the driver's side. Officers conducting a plain view search of the vehicle saw a glass jar labeled "THC" in the pocket on the rear of the driver's seat, immediately in front of where Harris had been sitting. Officers observed a yellowish-brown residue on the glass, consistent with THC wax/hashish.

Officers placed Defendant Harris under arrest for possession of a controlled substance, namely THC wax/hashish. In a search incident to arrest, they recovered a Glock handgun with serial number CBY491 from his front waistband. The firearm had an extended magazine loaded with 17 rounds of nine-millimeter ammunition.

A review of Harris' criminal history showed that on June 18, 2019 he had been convicted of Carrying a Pistol Without a License in D.C. Superior Court case number 2019-CF2-00162. The plea agreement the defendant signed in that case makes clear that the crime is punishable by more than one year incarceration.

No firearms or ammunition are manufactured in the District of Columbia; accordingly, the Glock handgun and nine-millimeter ammunition recovered from Defendant Harris necessarily traveled in interstate commerce.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of October, 2025.

_____
OFFICER JEFFREY CLERMONT
BADGE #2293
METROPOLITAN POLICE DEPARTMENT

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE